UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER YOUNG,

 Plaintiff,

v.               Case No. 6:18-cv-877-Orl-37KRS

UNITED STATES OF AMERICA,

 Defendant.
_____

## ORDER

Plaintiff Christopher Young initiated this action against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 ("**FTCA**"), claiming that the Social Security Administration negligently failed to pay him attorney fees. (Doc. 1 ("**Complaint**").) With the Complaint, Young filed an application to proceed without prepaying fees or costs, construed as a motion to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Karla R. Spaulding recommends that the Court: (1) deny Young's IFP motion; (2) dismiss the Complaint for lack of subject matter jurisdiction; and (3) provide Young an opportunity to re-file under the appropriate statute, provided he can properly allege he exhausted his administrative remedies as required. (Doc. 3 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 3) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

4. On or before **Thursday, July 5, 2018**, Plaintiff may file an amended complaint consistent with the strictures of this Order, along with a renewed motion to proceed *in forma pauperis* or payment of the filing fee. Failure to file an amended complaint within this time period will result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 27, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party